# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:17-CV-148-RJC-DCK

| | |
|---|---|
| JOSHUA MICHAEL BRITTAIN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PACIFIC CYCLE, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) filed by Kirk G. Warner, concerning Jonathan Judge on October 11, 2017. Mr. Jonathan Judge seeks to appear as counsel *pro hac vice* for Defendant Pacific Cycle, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 14) is **GRANTED.** Mr. Jonathan Judge is hereby admitted *pro hac vice* to represent Defendant Pacific Cycle, Inc.

**SO ORDERED**.

Signed: October 11, 2017

David C. Keesler
United States Magistrate Judge