**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO.  5:17-CV-148-RJC-DCK**

| | | |
|---|---|---|
| **JOSHUA MICHAEL BRITTAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PACIFIC CYCLE, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) filed by Kirk G. Warner, concerning Rachel A. Remke on October 11, 2017.  Ms. Rachel A. Remke seeks to appear as counsel *pro hac vice* for Defendant Pacific Cycle, Inc.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 15) is **GRANTED.**  Ms. Rachel A. Remke is hereby admitted *pro hac vice* to represent Defendant Pacific Cycle, Inc.

      **SO ORDERED**.

Signed: October 11, 2017

David C. Keesler
United States Magistrate Judge